Hendrick S. Crowell, II, SBN 215900
Robert B. Darrohn SBN: 278370
Daniel Tenenbaum SBN: 287712
CROWELL LAW OFFICES
1510 J Street, Suite 135
Sacramento, CA 95814
Phone: (916) 303-2800
Fax: (916) 303-2802

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EATERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:24-po-00107-JDP |
| ) | |
| Plaintiff, ) | WAIVER OF DEFENDANT'S PRESENCE |
| ) | |
| vs. ) | |
| ) | |
| ERICA CEASER, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Erica Ceaser, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trail, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby request the Court to proceed during every absence of her which the Court may permit pursuant to the waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

///

-1-

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. § 3161-3174 (Speedy trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: 7/19/24          /s/ Erica Ceaser
                        ERICA CEASER

                        (Original retained by Attorney.)

I agree with and consent to my client's waiver of appearance.

Dated: 7/19/24          /s/ Robert Darrohn
                        ROBERT DARROHN

                        Attorney for Erica Ceaser

It is so ordered

Dated: 7/24/2024        Jeremy D. Peterson
                        United States Magistrate Judge